UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shaquita Tomel Tillery**　　　　　　　　　　　　　　　　**Docket No. 4:23-CR-45-1D**

### Petition for Action on Supervised Release

COMES NOW Brittany N. Simmons, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shaquita Tomel Tillery, who, upon an earlier plea of guilty to Mail Fraud, 18 U.S.C. § 1341, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 17, 2024, to the custody of the Bureau of Prisons for a term of 11 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Shaquita Tomel Tillery was released from custody on March 19, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 26, 2025, the defendant committed the offense of Misdemeanor Driving While Impaired (25CR370417) in Wake County, North Carolina. The defendant contacted the probation officer to disclose the citation. To address this issue and closely monitor Tillery's behavior, the probation office is recommending participation in our district's Remote Alcohol Monitoring Program for a period of 60 days. It is also the recommendation of our office that the defendant be required to abstain from alcohol consumption and participate in a substance abuse assessment, and any recommended treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Shaquita Tomel Tillery  
Docket No. 4:23-CR-45-1D  
Petition For Action  
Page 2

Reviewed and approved,

/s/ Maurice J. Foy  
Maurice J. Foy  
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Brittany N. Simmons  
Brittany N. Simmons  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8669  
Executed On: August 1, 2025

### ORDER OF THE COURT

Considered and ordered this ____4____ day of ____August____, 2025, and ordered filed and made a part of the records in the above case.

_____  
James C. Dever III  
U.S. District Judge