UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shaquita Tomel Tillery**                                Docket No. 4:23-CR-45-1D

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shaquita Tomel Tillery, who, upon an earlier plea of guilty to Mail Fraud, in violation of 18 U.S.C. § 1341, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 17, 2024, to the custody of the Bureau of Prisons for a term of 11 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Shaquita Tomel Tillery was released from custody on March 19, 2025, at which time the term of supervised release commenced.

On August 1, 2025, a Petition for Action was submitted reporting the defendant committed the offense of Driving While Impaired. It was recommended that she participate in substance abuse treatment, abstain from alcohol use, and participate in the Remote Alcohol Monitoring Program. The court agreed and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant reported she has been experiencing multiple deaths in her family and social circles. When discussed, she noted that she could benefit from speaking to a counselor about her grief as well as life stressors. It was respectfully recommended that a mental health condition be added to address these concerns.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Mark Culp<br>Mark Culp<br>Supervising U.S. Probation Officer | /s/ Cierra M. Wallace<br>Cierra M. Wallace<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-679-2034<br>Executed On: December 11, 2025 |

Shaquita Tomel Tillery
Docket No. 4:23-CR-45-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this  15  day of  December , 2025, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge